IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| BOBBY MILLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:08-CV-112 |
| | ) |
| AMERISOURCEBERGEN CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, plaintiff's "Motion for Summary Judgment" as to Count I of the complaint [doc. 17] is **DENIED**.

**IT IS SO ORDERED**.

ENTER:

                  s/ Leon Jordan
United States District Judge